UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doug Eckstein<br><br>           Plaintiff(s)<br><br>v.<br><br>Credit Control Services, Inc. d/b/a Cr<br><br>           Defendant(s) | Case No. C 4:17-cv-02916<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

   (2) Discussed the available dispute resolution options provided by the Court and private entities; and

   (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 9/22/2017        Signed: _____
                                              Party

Date: 9/22/2017        Signed: /s/ Charity A. Olson
                                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*