UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG ECKSTEIN,<br>Plaintiff,<br>v.<br>CREDIT CONTROL SERVICES, INC.,<br>Defendant. | Case No. 17-cv-02916-JSW<br><br>**ORDER TO SHOW CAUSE** |

By order dated July 25, 2017, this Court set the case management conference for August 25, 2017. (Dkt. No. 16.) On August 18, 2017, the Court granted the parties' stipulation continuing the case management conference to September 29, 2017 on the ground that Defendant's counsel was scheduled to appear at a hearing in the Southern District of Indiana on the date scheduled for the case management conference.

In granting the stipulation, the Court admonished counsel that their request to continue the case management conference was untimely and that counsel had, therefore, failed to comply with the Court's order scheduling the case management conference. The Court's order warned:

> The Court expects its orders to be followed. The parties are admonished that this is their one, and only, warning. Future non-compliance with the Court's orders will result in the imposition of sanctions.

(Dkt. no. 18, at 2.) Unfortunately, it does not appear the message was received.

The order setting the initial case management conference in this action stated: "The parties shall appear *in person through lead counsel* to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 16, at 1 (emphasis added).) At the September 29, 2017 case management conference,

however, neither of Defendant's counsel of record — Brett B. Goodman, Esq. and Charity A. Olson, Esq. — appeared. Instead, Defendant was represented by Sheri Guerami, Esq., who informed the Court that she was not lead counsel for Defendant.

Accordingly, Defendant's counsel are HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose sanctions in the amount of $250.00 to either Brett B. Goodman, Esq. and Charity A. Olson, Esq. Counsels' response to this Order to Show Cause shall be due by October 10, 2017. Counsels' response shall indicate which attorney is Defendant's lead counsel.

**IT IS SO ORDERED.**

Dated: October 3, 2017

_____
JEFFREY S. WHITE
United States District Judge