Geoffrey H. Baskerville
**FRANCIS & MAILMAN, P.C.**
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUG ECKSTEIN**<br><br>**Plaintiff,**<br><br>v.<br><br>**CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES**<br><br>**Defendant.** | Civil Action No. 17-2916 MEJ<br>Maria-Elena James<br>Hon. ~~Jeffrey S. White~~<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed on May 22, 2017 |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendants Credit Control Services, Inc. d/b/a CREDIT COLLECTION SERVICES is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

Dated: July 16, 2018



ORDER ON STIPULATION FOR DISMISSAL